1 FRANKLIN J. LOVE, Bar #80334
2 LAW OFFICE OF FRANKLIN J. LOVE
   800 S. Barranca Ave., Ste. 100
3 Covina, California 91723
4 (626)653-0455

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC. a Delaware Corporation<br><br>   Plaintiff,<br>vs.<br><br>CLAUDIO MOYEDA individually and dba EL RINCONCITO, jointly and severally<br>   Defendant | 02-CV-02500-HLH (Ex)<br><br>**RENEWAL OF DEFAULT JUDGMENT BY CLERK** |

Based upon the Application for Renewal of Judgment of the original judgment, and pursuant to F.R.C.P. 69 (a) and C.C.P. 639.110 through 683.320 and good cause appearing, therefore:

The default judgment entered on June 25, 2002 against defendants, **CLAUDIO MOYEDA individually and dba EL RINCONCITO, jointly and severally** is hereby renewed on the amounts set forth below:

**RENEWAL OF MONEY JUDGMENT**

|   |   |   |
|---|---|---|
| a. | Total judgment | $5,150.00 |
| b. | Costs after judgment | 0.00 |
| c. | Attorney fees | 0.00 |
| d. | Subtotal (add a thru c) | 5,150.00 |
| e. | Credits after Judgment | 0.00 |
| f. | Subtotal (substract e from d) | 5,150.00 |
| g. | Interest after judgment | 1,273.03 |
| h. | Fee for filing renewal | 0.00 |
| i. | **Total renewed judgment** | **6,423.03** |

DATED: 05/31/12         Clerk by  Lori Muraoka, Deputy Clerk
                                  U.S. District Court

Page 2 of 2                          RENEWAL OF DEFAULT JUDGMENT
                                     Case No. 02-CV-02500-HLH (Ex)