FRANKLIN J. LOVE, Bar #80334
LAW OFFICE OF FRANKLIN J. LOVE
800 S. Barranca Ave., Ste. 100
Covina, California 91723
(626)653-0455

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC. a Delaware Corporation<br>　　　　Plaintiff,<br>　vs.<br>CLAUDIO MOYEDA individually and dba EL RINCONCITO, jointly and severally<br>　　　　Defendant | 02-CV-02500-HLH (Ex)<br><br>**RENEWAL OF DEFAULT JUDGMENT BY CLERK** |

　　Based upon the Application for Renewal of Judgment of the original judgment, and pursuant to F.R.C.P. 69 (a) and C.C.P. 639.110 through 683.320 and good cause appearing, therefore:

　　The default judgment entered on June 25, 2002 against defendants, **CLAUDIO MOYEDA individually and dba EL RINCONCITO, jointly and severally** is hereby renewed on the amounts set forth below:

**RENEWAL OF MONEY JUDGMENT**

|    |                                      |           |
|----|--------------------------------------|-----------|
| a. | Total judgment                       | $5,150.00 |
| b. | Costs after judgment                 | 0.00      |
| c. | Attorney fees                        | 0.00      |
| d. | Subtotal (add a thru c)              | 5,150.00  |
| e. | Credits after Judgment               | 0.00      |
| f. | Subtotal (substract e from d)        | 5,150.00  |
| g. | Interest after judgment              | 1,273.03  |
| h. | Fee for filing renewal               | 0.00      |
| i. | **Total renewed judgment**           | **6,423.03** |

**DATED:** 05/31/12          **Clerk by** Lori Muraoka, Deputy Clerk
                                          U.S. District Court